ACCEPTED
08-19-00296-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
3/13/2021 10:54 AM
ELIZABETH G. FLORES
CLERK

No. 08-19-00296-CR

IN THE COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
3/13/2021 10:54:48 AM
VOID RG
ELIZABETH G. FLORES
Clerk

IN RE EL PASO COUNTY PUBLIC DEFENDER

**DEFENDANT'S MOTION TO SUPPLEMENT BRIEF**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
3/15/2021 9:22:00 AM
ELIZABETH G. FLORES
Clerk

TRIAL COURT CAUSE NO. 20180D05116

IN THE 210TH DISTRICT COURT OF EL PASO COUNTY, TEXAS

EL PASO COUNTY PUBLIC DEFENDER
A. Marcelo Rivera
Todd D. Morten
Deputy Public Defenders
State Bar No. 24027663
500 E. San Antonio Ave., Room 501
El Paso, Texas 79901
Telephone: (915) 546-8185
Fax: (915) 546-8186

ATORNEYS FOR THE DEFENSE

COMES NOW Relator, Sarah Hernandez, by and through her Attorney of Record, Todd D. Morten, who herein respectfully requests this Honorable Court to permit her to supplement her brief pursuant to Tex. R. App. P. 38.7 for the following reasons(s):

1.      March 3, 2021 the Texas Court of Criminal Appeals issued *Watkins v. State*, PD-1015-18, 2021 WL 800617 (Tex. Crim. App. March 3, 2021);

2.      In *Watkins* the Court of Criminal Appeals defines the word *material* as it is found in Tex. C. Crim. P. Art. 39.14(a) as evidence having "some logical connection to a fact of consequence"; *Watkins* at *20.

3.      While this matter ostensibly surrounds a complaint made by the State concerning a subpoena and Arts. 24.02 and 24.03, Art. 39.14(h) has also been discussed by the Parties.  Further, a motion for discovery pursuant to Art. 39.14(a) was filed in this case and served upon the State. Therefore, in light of *Watkins* a discussion of 39.14(a) is also warranted;

4.      The discussion and holding in *Watkins* is therefore relevant to the correct disposition of these proceedings and therefore further briefing by the Parties will benefit the Court in reaching a correct disposition.

WHEREFORE, Relator Sarah Hernandez requests that this Court allow supplemental briefs from the Parties.

Respectfully submitted,

**EL PASO COUNTY PUBLIC DEFENDER**

By: */S/ Todd D. Morten*
Deputy Public Defender, App. Div.
State Bar No. 24099592
500 E. San Antonio Ave., Room 501
El Paso, TX 79901
Telephone (915) 546-8185
Fax: (915) 546-8186

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was delivered to all parties to this action via E-File.Texas.Gov on the date this document was accepted for filing by the Clerk's Office.

*/s/ Todd Morten*
**TODD MORTEN**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Todd Morten
Bar No. 24099592
TMorten@epcounty.com
Envelope ID: 51449590
Status as of 3/15/2021 8:57 AM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| DISTRICT ATTORNEYAPPEALS | | daappeals@epcounty.com | 3/13/2021 10:54:48 AM | SENT |
| TODD MORTEN | | TMorten@epcounty.com | 3/13/2021 10:54:48 AM | SENT |
| AMADEO MARCELORIVERA | | ARivera@epcounty.com | 3/13/2021 10:54:48 AM | SENT |
| ALYSSA PEREZ | | AlyPerez@epcounty.com | 3/13/2021 10:54:48 AM | SENT |